# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG SA, | § § § | Civil Action No. 2:17-cv-00354-JRG |
| Plaintiffs, | § § | Lead Case |
| | § | _____ |
| v. | § § | |
| RING CENTRAL, INC, AMAZON.COM, INC. and AMAZON WEB SERVICES, INC. | § § § § | Civil Action No. 2:17-cv-00228-JRG Member Case |
| Defendants. | § § | |

# ORDER

Before the Court is Uniloc and Amazon's Joint Stipulation for Entry of Order of dismissal with prejudice. Having considered the Joint Stipulation, the Court hereby **ORDERS**:

1. Any and all claims by Uniloc against Amazon are **DISMISSED WITH PREJUDICE**.

2. Any and all counterclaims or defenses by Amazon against Uniloc are **DISMISSED WITHOUT PREJUDICE**.

3. Uniloc and Amazon shall each bear their own attorney's fees, expenses, and costs.

4. All other relief requested between Uniloc and Amazon is **DENIED AS MOOT**.

5. The Clerk is directed to **CLOSE** the member case 2:17-cv-228.

**So ORDERED and SIGNED this 21st day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE